IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R.G. TURNER,

        Plaintiff,                        No. CIV S-10-2038 KJM P

     vs.

CAREY SULLIVAN, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 30, 2010, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a complete application to proceed in forma pauperis or obtained the certification required on the application form. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

/////

/////

/////

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Plaintiff shall submit, within thirty days from the date of this order, a complete
3  application to proceed in forma pauperis and the certification required on the application form,
4  or the appropriate filing fee.  Plaintiff's failure to comply with this order will result in a
5  recommendation that this action be dismissed without prejudice.

6       2. The Clerk of the Court is directed to send plaintiff a new Application to
7  Proceed In Forma Pauperis By a Prisoner.

8  DATED: September 9, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
turn2038.3e