IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R.G. TURNER,

    Plaintiff,                    No. CIV S-10-2038 CKD P

    vs.

CAREY SULLIVAN, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has consented to the jurisdiction of the undersigned (docket no. 3). By an order filed November 1, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the forms necessary to effect service of process on defendant Rayls. On November 16, 2011, plaintiff was re-served with the order to his most-current address. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

Dated: February 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/de/turn2038.fusm